```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

**GS HOLISTIC, LLC,**                              25-cv-2832 (JGK)

              **Plaintiff,**              <u>ORDER</u>

    - against -

**ZIAN ENTERPRISE INC D/B/A SMOKE SHOP, ET AL.,**

              **Defendants.**

───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for Defendant Raffie Bhai to answer was May 15, 2025. To date, no answer has been filed.

    The time for Defendant Bhai to answer or respond to the complaint is extended to **June 2, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    Additionally, the plaintiff has 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed R. Civ. P. 4(m). Accordingly, the plaintiff is reminded that it should serve Defendant Zian Enterprise Inc by July 4, 2025, or the complaint will be dismissed without prejudice.

    The plaintiff should serve a copy of this Order on Defendant Bhai and file proof of service on the docket by **May 23, 2025.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **May 20, 2025**

                                                                <u>/s/ John G. Koeltl</u>
                                                                     **John G. Koeltl**
                                                        **United States District Judge**