```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

GS HOLISTIC, LLC,

              Plaintiff,          25-cv-2832 (JGK)

    - against -               ORDER

ZIAN ENTERPRISE INC, ET AL.,

              Defendants.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **August 1, 2025.**

**SO ORDERED.**

**Dated:**    New York, New York
            July 18, 2025

                                /s/ John G. Koeltl
                                  John G. Koeltl
                      United States District Judge