UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GS HOLISTIC, LLC,

                    Plaintiff(s)

                                                                      25 civ 2832 (JGK)

          -against-


ZIAN ENTERPRISE, INC. and RAFFIE BHAI,
                              Defendant(s).
------------------------------------------------------------X

## ORDER

The parties shall submit a proposed scheduling order, subject to the Court's approval, by

**August 19, 2025.**

**SO ORDERED.**

                                        **JOHN G. KOELTL**
                              **UNITED STATES DISTRICT JUDGE**


Dated: New York, New York
          August 5, 2025