UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

Plaintiff,

- against -

ZIAN ENTERPRISE INC., ET ANO.,

Defendant.

25-cv-2832 (JGK)

Order

**John G. Koeltl, District Judge:**

Pursuant to the Court's Civil Scheduling Order, ECF No. 28, the parties were required to file their joint pretrial order and motions in limine by July 17, 2026. To date, the parties have failed to file any joint pretrial order or motions in limine. The time for the parties to file their joint pretrial order and motions in limine, if any, is extended until **July 27, 2026**.

**SO ORDERED.**

**Dated:** New York, New York
July 20, 2026

John G. Koeltl
United States District Judge