**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GS Holistic LLC,<br><br>Plaintiff,<br>vs.<br><br>Zian Enterprise Inc., et al,<br><br>Defendants | Court No.: **1:25-cv-2832(JGK)**<br><br><br><br><br>**(Proposed)**<br>**JOINT PRETRIAL ORDER** |

Pursuant to this Court's July 21, 2026, Order, the parties submit their Joint Pretrial Order and state as follows:

**I. Trial Attorneys**

1. Eddy Leal – Lead Attorney for Plaintiff
   777 Brickell Avenue, Suite 500
   Miami, FL 33131
   Phone: 305-979-3900
   EL@leallegal.com

2. Anthony M. Verna – Attorney for the Plaintiff
   Verna Law, P.C.
   80 Theodore Fremd Ave
   Rye, NY 10580
   t: 914-908-6757
   anthony@vernalaw.com

3. Steven Landy – Lead Attorney for Defendants
   Landy Wolf, PLLC
   270 Madison Ave, Suite 1801
   New York, NY 10016
   t: 212-682-8510
   Slandy@landywolf.com

## II. Jurisdiction

This Court has subject matter jurisdiction over the claims in this action that relate to trademark infringement, counterfeiting, and false designation of origin and unfair competition pursuant to the provisions of 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a), as well as, 15 U.S.C §§ 1114, 1116, 1117, and 1125. No issues exist regarding personal jurisdiction or venue.

## III. Claims and Defense Summary

Plaintiff's Case Statement:

In this case, the Plaintiff, GS Holistic, LLC, is a manufacturer and distributer of high-end waterpipes, the kind sold in smoke shops and in home goods stores. Its products are trademarked as "Stündenglass" or with a particular "S." The Defendant is a smoke shop named Zian Enterprise Inc., d/b/a Smoke Shop in New York City. The Defendant, Raffie Bhai, is the owner, and he operates Zian Enterprise Inc., d/b/a Smoke Shop. GS Holistic claims that the Defendants have engaged in offering for sale counterfeits of the Plaintiff's Stündenglass products with counterfeit trademarks on them. GS Holistic claims that the Defendants' acts harmed its business, and it is seeking damages to compensate the company and to deter the Defendants and others from offering counterfeits of its products for sale and from selling counterfeits of its products.

Defendants' Case Statement:

This is an action by a serial litigant and trademark troll against Zian Enterprises Inc. ("Zian"), a small business that sells candy, soda, and other miscellaneous products. Zian and its principal, Raffie Bhai ("Bhai"), lack expertise in smoking products including waterpipes and were not specifically aware that they had either authentic or inauthentic Stündenglass products in

inventory. Zian has never knowingly ordered either authentic or counterfeit Stündenglass waterpipes.

Tobacco and smoking related products are a small component of Zian's overall business and tobacco and smoking related paraphernalia are an even smaller component, constituting a miniscule percentage of Zian's total business. Zian denies selling a waterpipe to an investigator and, if such a waterpipe were sold, Zian does not know the source of the allegedly counterfeit product. Zian carries very little smoking paraphernalia in its inventory and what little paraphernalia merchandise is in inventory has very little turnover, meaning such products tend to sit on the shelves for years, so the source of any allegedly counterfeit waterpipe is unknown. Additionally, since Zian is not in the business of selling waterpipes of any brand, it lacks the necessary skill and experience to distinguish between authentic or inauthentic waterpipes.

Even if Plaintiffs could prove that Defendants sold a counterfeit product, the Plaintiffs were not meaningfully harmed by the sale and such sale would have been unintentional. As such, an award of the statutory minimum damages would be sufficient and appropriate.

## IV. Trial Length

The Plaintiff anticipates the trial will take 3 - 4 days.

## V. Consent to Magistrate

Parties do not consent to Magistrate

## VI. Stipulations and Uncontested Facts

None.

## VII. Trial Witnesses

| Plaintiff's Witness Name, Phone Number, Address | Summary of Testimony (all testimony is anticipated to be in person) |
| --- | --- |

| | |
|---|---|
| Christopher Folkerts<br>c/o Eddy Leal<br>(305)979-3900<br>777 Brickell Ave, Suite 500. Miami Fl 33131 | Christopher Folkerts is the owner and Chief Executive Officer of the Plaintiff, GS HOLISTIC, LLC. Mr. Folkerts has knowledge in his capacity as CEO and representative of the Plaintiff in this action, including ownership of trademarks, prior actions taken to fight counterfeit products, and the use of the products which the Plaintiff sells. He will testify about these topics and to impact of sale of counterfeit products on company and its reputation and overall impact of counterfeit products. |
| John Neuman<br>c/o Eddy Leal<br>(305)979-3900<br>777 Brickell Ave, Suite 500. Miami Fl 33131 | John Neuman is an investigator and will testify regarding visits to Defendants' stores and his report regarding counterfeit products that he found there. |
| Bryan Malamut<br>c/o Eddy Leal<br>(305)979-3900<br>777 Brickell Ave, Suite 500. Miami Fl 33131 | Mr. Malamut is a investigator in and will testify regarding visits to Defendants' stores and report regarding counterfeit products found there. |
| Gabriel Alvarez,<br>c/o Eddy Leal, PA<br>(305)979-3900<br>777 Brickell Ave, Suite 500, Miami, FL 33131 | Mr. Alverez is a representative of GS Holistic, LLC. He will testify in his capacity as a representative for GS Holistic, LLC and the impact that counterfeiting has caused Plaintiff. |
| Frank McBride<br>Strategic Advantage, Inc.<br>1418 Gray Bluff<br>Chapel Hill, NC 27517-9126 | Mr. McBride provides survey services on behalf of the Plaintiff. Mr. McBride also is expected to testify as to the differences between the counterfeit and the original and the likelihood of confusion by the general public. Mr. McBride has knowledge in his capacity as a professional surveyor and will provide survey expertise for the Plaintiff. |
| Raffie Bhai | Mr. Bhai is a defendant in this suit. He will be examined as to the allegations made in the Complaint and Answer. |
| Any and all individuals listed by the Defendants, which the Plaintiff does not object. | |
| Defendants' Witness Name, Phone Number, Address | Summary of Testimony<br>(all testimony is anticipated to be in person) |

| | |
|---|---|
| Raffie Bhai<br>c/o Landy Wolf, PLLC<br>270 Madison Ave, Suite 1801<br>New York, NY 10016<br>T: 212-682-8510 | Mr. Bhai is a defendant in this suit. He will be examined as to the allegations made in the Complaint and Answer |

***Defendant objects to each and every one of Plaintiff's trial witnesses on the grounds that none of them were identified in Plaintiff's initial disclosures or at any subsequent time during the discovery phase of this action, and none were made available for deposition.***

| Plaintiff's Witness Name, Phone Number, Address | Summary of Testimony<br>(all testimony is anticipated to be in person) |
|---|---|
| Raffie Bhai<br>c/o Landy Wolf, PLLC<br>270 Madison Ave, Suite 1801<br>New York, NY 10016<br>T: 212-682-8510 | Mr. Bhai will testify that Zian did not knowingly purchase, advertise, sell or offer for sale any counterfeit products. |

## VIII. Exhibit List

| **Plaintiff Exhibit List** | | |
|---|---|---|
| Ex. # | Description | Exhibit Objection (if any) |
| 1 | Registration certificate for U.S. Trademark Registration Number 6,633,884 | Not produced in discovery. |
| 2 | Registration certificate for U.S. Trademark Registration Number 6,174,292 | Not produced in discovery. |
| 3 | Registration certificate for U.S. Trademark Registration Number 6,174,291 | Not produced in discovery. |
| 4 | Registration certificate for U.S. Trademark Registration Number 7,028,399 | Not produced in discovery. |
| 5 | Investigation Report of Defendants Store #1 | Not produced in discovery. |
| 6 | Counterfeit Stündenglass Gravity Infuser Offered for Sale by the Defendants | Not produced in discovery. |
| 7 | Authentic Blue Cookies Model of Stündenglass Gravity Infuser | Not produced in discovery. |
| 8 | Authentic Pineapple Globe of Stündenglass Gravity Infuser | Not produced in discovery. |

| | | |
|---|---|---|
| 9 | Authentic Kompact Stündenglass Gravity Infuser | Not produced in discovery. |
| 10 | Authentic Silver Stündenglass Gravity Infuser | Not produced in discovery. |
| 11 | Authentic Black Stündenglass Gravity Infuser | Not produced in discovery. |
| 12 | Authentic Green Stündenglass Gravity Infuser | Not produced in discovery. |
| 13 | International Recognition Slide Deck | Not produced in discovery. |
| 14 | Consumer Sophistication Slide Deck | Not produced in discovery. |
| 15 | Product Instruction Manual | Not produced in discovery. |
| 16 | Product Catalog | Not produced in discovery. |
| 17 | Expert Reports | Not produced in discovery. |
| 18 | | |
| 19 | | |

| **Defendant Exhibit List** | | |
|---|---|---|
| Ex. # | Description | Exhibit Objection (if any) |
| 1 | ***NONE*** | |

*Intentionally Left Blank*

In connection with this submission, Plaintiff submits its proposed jury instructions and *voir dire* questions in separate documents.

Date: ____________________

____________________________
U.S District Judge

| | |
|---|---|
| EDDY LEAL, P.A.<br>777 Brickell Avenue, Suite 500<br>Miami, FL 33131<br>Phone: 305-979-3900<br>Email: EL@leallegal.com<br>E-Service: eservice@leallegal.com<br>By: /s/ Eddy Leal<br>Eddy Leal, Esq.<br>Florida Bar No. 96030<br>Attorney for the Plaintiff | c/o Steven Landy & Associates, PLLC<br>Steven Landy<br>270 Madison Avenue, Suite 1400<br>New York, NY 10016<br>t: 212-682-8510<br>f: 212-682-8514<br>slandy@landywolf.com<br><br>*/s/* Steven Landy |
| */s/ Anthony M. Verna III*<br><br>Anthony M. Verna III<br>Verna Law, P.C.<br>80 Theordore Fremd Ave.<br>Rye, NY 10580<br>anthony@vernalaw.com<br>Telephone: 914-908-6757 | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this July 27, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal