UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

Plaintiff,

- against -

ZIAN ENTERPRISE INC., ET ANO.,

Defendants.

**25-cv-2832 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

Pursuant to the Court's Civil Scheduling Order, ECF No. 28, the parties were required to file their joint pretrial order and motions in limine by July 17, 2026. On July 20, 2026, the Court extended the time for the parties to file their joint pretrial order and any motions in limine until July 27, 2026. ECF No. 29.

On July 27, 2026, the parties filed separate joint pretrial orders. ECF Nos. 31, 32. The parties are directed to confer and file a single joint pretrial order by **August 5, 2026**.

**SO ORDERED.**

**Dated:** New York, New York
July 29, 2026

John G. Koeltl
United States District Judge