**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GS Holistic LLC,

Plaintiff,

vs.

Zian Enterprise Inc., et al,

Defendants

Court No.: **1:25-cv-2832(JGK)**

**(Proposed)**
**JOINT PRETRIAL ORDER**

Pursuant to this Court's July 21, 2026, Order, Plaintiff GS Holistic submits its version of Joint Pretrial Order[1] and state as follows:

## I. Trial Attorneys

1. Eddy Leal – Lead Attorney for Plaintiff
   777 Brickell Avenue, Suite 500
   Miami, FL 33131
   Phone: 305-979-3900
   EL@leallegal.com

2. Anthony M. Verna – Attorney for the Plaintiff
   Verna Law, P.C.
   80 Theodore Fremd Ave
   Rye, NY 10580
   t: 914-908-6757
   anthony@vernalaw.com

3. Steven Landy – Lead Attorney for Defendants
   Steven Landy & Associates, PLLC
   270 Madison Ave, Suite 1400
   New York, NY 10016
   t: 212-682-8510
   Slandy@landywolf.com

[1] Plaintiffs' counsel has attempted to confer with counsel for Defendant but have been unable to reach him. Undersigned counsel emailed defense counsel on July 30, 2026, and August 4, 2026. Undersigned counsel left a message with receptionist. No response has ever been received.

## II. Jurisdiction

This Court has subject matter jurisdiction over the claims in this action that relate to trademark infringement, counterfeiting, and false designation of origin and unfair competition pursuant to the provisions of 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a), as well as, 15 U.S.C §§ 1114, 1116, 1117, and 1125. No issues exist regarding personal jurisdiction or venue.

## III. Claims and Defense Summary

Plaintiff's Case Statement:

In this case, the Plaintiff, GS Holistic, LLC, is a manufacturer and distributer of high-end waterpipes, the kind sold in smoke shops and in home goods stores. Its products are trademarked as "Stündenglass" or with a particular "S." The Defendant is a smoke shop named Zian Enterprise Inc., d/b/a Smoke Shop in New York City. The Defendant, Raffie Bhai, is the owner, and he operates Zian Enterprise Inc., d/b/a Smoke Shop. GS Holistic claims that the Defendants have engaged in offering for sale counterfeits of the Plaintiff's Stündenglass products with counterfeit trademarks on them. GS Holistic claims that the Defendants' acts harmed its business, and it is seeking damages to compensate the company and to deter the Defendants and others from offering counterfeits of its products for sale and from selling counterfeits of its products.

## IV. Trial Length

The Plaintiff anticipates the trial will take 3 - 4 days.

## V. Consent to Magistrate

Parties do not consent to Magistrate

## VI. Stipulations and Uncontested Facts

The Plaintiff's trademarks are registered with the United States Patent and Trademark Office.
The Plaintiff owns its trademarks and the trademarks are valid.

## VII. Trial Witnesses

| Plaintiff's Witness Name, Phone Number, Address | Summary of Testimony (all testimony is anticipated to be in person) |
|---|---|
| Christopher Folkerts<br>c/o Eddy Leal<br>(305)979-3900<br>777 Brickell Ave, Suite 500. Miami Fl 33131 | Christopher Folkerts is the owner and Chief Executive Officer of the Plaintiff, GS HOLISTIC, LLC. Mr. Folkerts has knowledge in his capacity as CEO and representative of the Plaintiff in this action, including ownership of trademarks, prior actions taken to fight counterfeit products, and the use of the products which the Plaintiff sells. He will testify about these topics and to impact of sale of counterfeit products on company and its reputation and overall impact of counterfeit products. |
| John Neuman<br>c/o Eddy Leal<br>(305)979-3900<br>777 Brickell Ave, Suite 500. Miami Fl 33131 | John Neuman is an investigator and will testify regarding visits to Defendants' stores and his report regarding counterfeit products that he found there. |
| Bryan Malamut<br>c/o Eddy Leal<br>(305)979-3900<br>777 Brickell Ave, Suite 500. Miami Fl 33131 | Mr. Malamut is a investigator in and will testify regarding visits to Defendants' stores and report regarding counterfeit products found there. |
| Gabriel Alvarez,<br>c/o Eddy Leal, PA<br>(305)979-3900<br>777 Brickell Ave, Suite 500, Miami, FL 33131 | Mr. Alverez is a representative of GS Holistic, LLC. He will testify in his capacity as a representative for GS Holistic, LLC and the impact that counterfeiting has caused Plaintiff. |
| Frank McBride<br>Strategic Advantage, Inc.<br>1418 Gray Bluff<br>Chapel Hill, NC 27517-9126 | Mr. McBride provides survey services on behalf of the Plaintiff. Mr. McBride also is expected to testify as to the differences between the counterfeit and the original and the likelihood of confusion by the general public. Mr. McBride has knowledge in his capacity as a professional surveyor and will provide survey expertise for the Plaintiff. |
| Raffie Bhai | Mr. Bhai is a defendant in this suit. He will be examined as to the allegations made in the Complaint and Answer. |
| Any and all individuals listed by the Defendants, which the Plaintiff does not object. | |

| Defendants' Witness Name, Phone Number, Address | Summary of Testimony (all testimony is anticipated to be in person) |
|---|---|

## VIII. Exhibit List

| Plaintiff Exhibit List | | |
|---|---|---|
| Ex. # | Description | Exhibit Objection (if any) |
| 1 | Registration certificate for U.S. Trademark Registration Number 6,633,884 | |
| 2 | Registration certificate for U.S. Trademark Registration Number 6,174,292 | |
| 3 | Registration certificate for U.S. Trademark Registration Number 6,174,291 | |
| 4 | Registration certificate for U.S. Trademark Registration Number 7,028,399 | |
| 5 | Investigation Report of Defendants Store #1 | |
| 6 | Counterfeit Stündenglass Gravity Infuser Offered for Sale by the Defendants | |
| 7 | Authentic Blue Cookies Model of Stündenglass Gravity Infuser | |
| 8 | Authentic Pineapple Globe of Stündenglass Gravity Infuser | |
| 9 | Authentic Kompact Stündenglass Gravity Infuser | |
| 10 | Authentic Silver Stündenglass Gravity Infuser | |
| 11 | Authentic Black Stündenglass Gravity Infuser | |
| 12 | Authentic Green Stündenglass Gravity Infuser | |
| 13 | International Recognition Slide Deck | |
| 14 | Consumer Sophistication Slide Deck | |
| 15 | Product Instruction Manual | |
| 16 | Product Catalog | |
| 17 | Expert Reports | |
| 18 | | |
| 19 | | |

| Defendant Exhibit List | | |
|---|---|---|
| Ex. # | Description | Exhibit Objection (if any) |
| 1 | | |
| 2 | | |

| | | |
|---|---|---|
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |

*Intentionally Left Blank*

In connection with this submission, Plaintiff submits its proposed jury instructions and *voir dire* questions in separate documents.

Date: ___________________

_________________________
U.S District Judge

| | |
|---|---|
| EDDY LEAL, P.A.<br>777 Brickell Avenue, Suite 500<br>Miami, FL 33131<br>Phone: 305-979-3900<br>Email: EL@leallegal.com<br>E-Service: eservice@leallegal.com<br>By: /s/ Eddy Leal<br>Eddy Leal, Esq.<br>Florida Bar No. 96030<br>Attorney for the Plaintiff | |
| */s/ Anthony M. Verna III*<br><br>Anthony M. Verna III<br>Verna Law, P.C.<br>80 Theordore Fremd Ave.<br>Rye, NY 10580<br>anthony@vernalaw.com<br>Telephone: 914-908-6757 | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this August 6, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

*/s/ Eddy Leal*
Eddy Leal