UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

Plaintiff,

-against-

ZIAN ENTERPRISE INC. and RAFFIE BHAI,

Defendants.

25 -CV-2832 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties filed their joint proposed pretrial order on the docket on September 11, 2026. (ECF 40.) They did not file any motions in limine by the extended deadline of July 27, 2026. (ECF 29.) The deadline for filing any motions in limine is extended sua sponte and nunc pro tunc until **October 9, 2026**. Plaintiff has submitted a request to charge the jury (ECF 33) but Defendants have not. Defendants' time to file a proposed jury charge is extended sua sponte and nunc pro tunc until **October 9, 2026**. Neither party has submitted voir dire requests. The parties' time to submit voir dire requests is extended sua sponte and nunc pro tunc until **October 9, 2026.**

DATED: September 25, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**