UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

Plaintiff,

– against –

ZIAN ENTERPRISE INC, ET AL.,

Defendants.

25-cv-2832 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the plaintiff's motion for voluntary dismissal without prejudice on **Wednesday, November 18, 2026, at 1:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated: New York, New York
November 13, 2026

John G. Koeltl
United States District Judge